# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| T.S., | : | No. 41 WAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| J.F., A/K/A J.S., | : | |
| | : | |
| Petitioner | : | |
| | | |
| T.S. | : | No. 42 WAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| J.F., N/K/A J.S., | : | |
| | : | |
| Petitioner | : | |
| | | |
| R.F.-S. | : | No. 43 WAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| T.S. | : | |
| | : | |
| | : | |
| PETITION OF: J.S., MOTHER OF R.F.-S. | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 22nd day of March, 2019, the Petition for Allowance of Appeal and the Application for Stay are **DENIED**.